*Affidavit in Support of Motion to Proceed in forma pauper.*

FILED
IN CLERKS OFFICE
2005 FEB 14 P 3 37
U.S. DISTRICT COURT
DISTRICT OF MASS.

05 10321 GAO

I Jesús Eduardo Gallego do Affirm under the Penalties of perjury the following

① I am incarcerated at the plymouth County Correctional facility, Plymouth Massachusetts.

② I am indigent and Cannot afford the cost of these proceedings.

③ I have not Assets, Liquid or Real

④ I have no monies in my inmate Account At the time of this filing.

⑤ I Request this honorable Court to pay for this preceeding in this Case.

⑥ I Cannot afford an Attorney for these preceedings.

On this 21 day of January, '05, before me the undersigned notary public, personally appeared Jesus Gallego, proved to me through satisfactory evidence of identification, to be the person whose name is signed on the proceeding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

Cathy E. Lynch, Notary Public
My commission Expires: July 29, 2005

1/21/05
Date

Respectfully Submitted

Jesus Eduardo Gallego

Jesus E. Gallego
Pro se

CATHY E. LYNCH
MY COMM. EXPIRES
JULY 29, 2005
COMMONWEALTH OF MASSACHUSETTS
NOTARY PUBLIC