UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jesus Eduardo Gallego Z.
A # 91049169
    Petitioner

v.                                     CIV NO. _____

United States of America

    Respondent.

## MOTION FOR COURT APPOINTED ATTORNEY

Here comes Petitioner, Jesus Eduardo Gallego Z, Requesting this Honorable Court Grant the Relief Requested in this Petition for Reasons Respectfully states.

① Petitioner is incarcerated at the Plymouth County Correctional Facility at Plymouth Massachusetts.

② Petitioner is indigent and cannot pay for the services of a Attorney.

③ The magnitud of filings and the seriousness of this case make Pro-se preceedings unlawful.

④ That English is A second language for the Petitioner makes Pro-se Representation imposible.

(i)

wherefore Petitioner Requests this honorable Court Grant This Petition for Appointment of Counsel.

Respectfully Submitted

Jesús Eduardo Gollego z.

Feb-4/2005
Date

*Jesús E. Gallego z.*
Jesús E. Gollego z