UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JESUS EDUARDO GALLEGO, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>JOHN D. ASHCROFT, ET AL., )<br>Respondents. ) | C.A. No. 05-10321-GAO |

O R D E R

O'Toole, D. J.

On February 14, 2005, petitioner Jesus Eduardo Gallego, an immigration detainee confined at Plymouth County Correctional Facility in Plymouth, Massachusetts, filed a petition for a writ of habeas corpus under Section 2241, naming as respondents the Department of Homeland Security, Immigration and Customs Enforcement (ICE), and the Petitioner's custodian, Joseph McDonough, Sheriff, Plymouth County Correctional Facility.

ACCORDINGLY,

(1) The Clerk shall serve a copy of this order and the petition by certified mail upon Joseph McDonough, Sheriff, Plymouth County Correctional Facility; AND counsel for the Respondent: (i) the United States Attorney; AND (ii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114 by certified mail AND

(2) The Respondent shall file an answer or other responsive pleading within 20 days of receipt of the petition; and

(3) The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

February 24, 2005          /s/ George A. O'Toole
Date                       GEORGE A. O' TOOLE
                           UNITED STATES DISTRICT JUDGE