BOSTON, MA
May 4, 2005



FEDERAL DISTRICT COURT
1 Courthouse Way, Suite 2300
Boston, Ma 02210

I, **JESUS EDUARDO GALLEGO ZAPATA**, identified with I.N.S alien card number A91-049-169, with Case number C.A. No. 05-10321-GAO hereby would like to let the Honorable Court know that I have been release from the Bureau of Immigration and Customs Enforcement; I am presently residing at 75 A Francis Street, Everett Ma. 02149 and any information regarding my Habeas corpus Case it can be mailed to me at this address.

Sincerely,

JESUS EDUARDO GALLEGO ZAPATA

Office of Investigations
U.S. Department of Homeland Security
10 Causeway Street, Room 722
Boston, MA 02222



**U.S. Immigration and Customs Enforcement**

April 25, 2005

SUBJECT:   Jesus Eduardo GALLEGO-Zapata    04/02/1963    Colombian

FILE #:    A91 049-169

# NOTICE OF DEFERRED ACTION

[This document is evidence of deferred action as of the date issued and is valid until deferred action is terminated. Any question as to continuing validity of deferred action in this case may be addressed to the local Bureau of Immigration and Customs Enforcement of the Department of Homeland Security.]

Please be advised that the Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") has determined that your case be placed in a deferred action category.

Deferred action is an act of administrative convenience to the government to give some cases lower enforcement priority, and is not an entitlement.

Deferred action neither confers nor alters any immigration status in the United States, nor does deferred action affect calculation of periods of unlawful presence as defined by 8 U.S.C. § 1182(a)(9). Deferred action does not operate to cure any defect in immigration status under the Immigration and Nationality Act, confers no protection or benefit, and does not preclude future commencement or resumption of enforcement efforts at any time. Deferred action does not allow you to re-enter the United States if you depart the United States and are inadmissible under the immigration laws.

You may apply for employment authorization based upon the deferred action determination in your case. See 8 C.F.R. § 274a.12(c)(14).

The deferred action on your case may be periodically reviewed and may be terminated at any time by the Department of Homeland Security as a matter of its prosecutorial discretion. Termination of deferred action is not appealable. Upon termination of deferred action, any relating employment authorization is revoked.

_____
Robin Avers
Special Agent In Charge
U.S. DHS/ICE
Boston, Massachusetts

I ACKNOWLEDGE RECEIPT OF
THIS NOTICE _/s/ Jesu C. Golly_
(DATE)
4-28-05


