# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

 JESUS E. GALLEGO
               Petitioner

         v.                              CIVIL ACTION NO.  05-10321-GAO

 JOHN D. ASHCROFT, ETAL
               Respondent

### JUDGMENT IN A CIVIL CASE

 O'TOOLE        , D.J.

☐    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS  ORDERED AND ADJUDGED**

        The respondent's motion to dismiss the petition for writ of habeas corpus is GRANTED because it is unopposed and it appears that the petitioner has failed to properly exhaust the prescribed administrative remedies. Judgment is therefore entered in favor of respondent.

                                    SARAH A. THORNTON,
                                  CLERK OF COURT

Dated: 8/1/05                  By  PAUL LYNESS
                                 Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)